UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
TIME 3:30 p.m.
SEP 24 2020
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20·CR·160 |
| Plaintiff, | JUDGE Morrison |
| vs. | INFORMATION |
| MICHAEL T. MERISOLA, | MISDEMEANOR |
| Defendant. | 16 U.S.C. § 1538(a)(1)(F) |

The United States Attorney for the Southern District of Ohio and the Department of Justice, Environmental Crimes Section, charges:

## INTRODUCTION

1. The Endangered Species Act, Title 16, United States Code, Section 1538, and the regulations promulgated thereunder, protect various wildlife species that have been declared endangered and threatened by the United States Fish and Wildlife Service (USFWS).

2. Title 50, Code of Federal Regulations, Section 17.11 provides a list of all wildlife species declared endangered and threatened by the USFWS (the Endangered Species List). *Panthera pardus*, commonly known as leopards, are included on the Endangered Species List.

3. The defendant, **MICHAEL T. MERISOLA**, is a resident of New York.

## COUNT ONE

In or about November, 2019, in the Southern District of Ohio and elsewhere, the defendant,

**MICHAEL T. MERISOLA,**

a person subject to the jurisdiction of the United States, unlawfully sold a mounted leopard (*Panthera pardus*), an animal listed as an endangered species by the USFWS pursuant to Title 16, United States Code, Section 1533.

In violation of Title 16, United States Code, Sections 1538(a)(1)(F) and 1540(b)(1).

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

_____
J. MICHAEL MAROUS (0015322)
Assistant United States Attorney

JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY GENERAL

_____
ADAM C. CULLMAN (KY #93912)
Trial Attorney